UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) 1:14-ml-02570-RLY-TAB ) MDL No. 2570 ) ) ) |
| This Document Relates to: | ) |

1:18-cv-03644; 1:19-cv-01576; 1:19-cv-01607; 1:19-cv-01689;
1:19-cv-01995; 1:19-cv-01997; 1:19-cv-02022; 1:19-cv-02026;
1:19-cv-02027; 1:19-cv-02029; 1:19-cv-02031; 1:19-cv-02033;
1:19-cv-02077; 1:19-cv-02099; 1:19-cv-02102; 1:19-cv-02119;
1:19-cv-02143; 1:19-cv-02145; 1:19-cv-02149; 1:19-cv-02151;
1:19-cv-02153; 1:19-cv-02186; 1:19-cv-02193; 1:19-cv-02194;
1:19-cv-02197; 1:19-cv-02215; 1:19-cv-02289; 1:19-cv-02297;
1:19-cv-02298; 1:19-cv-02356; 1:19-cv-02379; 1:19-cv-02380;
1:19-cv-02425; 1:19-cv-02136; 1:19-cv-02238.

## ORDER ON (DKT. 11501) THE COOK DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively "Cook"), request that the court dismiss those cases in which a completed Plaintiff Profile Sheet ("PPS") has not been submitted.

Accordingly, Cook's Motion to Dismiss is **GRANTED** as to the following cases:

| | | |
|---|---|---|
| 1. | Henry, Rowena | 1:19-cv-01607 |
| 2. | Davis, Anthony Jr. | 1:19-cv-01997 |
| 3. | Hosanna, Barbara | 1:19-cv-02026 |
| 4. | Massengill, Mildred | 1:19-cv-02102 |
| 5. | Hendryx, Debbie Parker | 1:19-cv-02119 |
| 6. | McFarlane, Kenneth and Leah | 1:19-cv-02149 |

| | | |
|---|---|---|
| 7. | Bright, Mary | 1:19-cv-02153 |
| 8. | Wagner, Christopher | 1:19-cv-02289 |
| 9. | Bassett, William | 1:19-cv-02379 |

The following cases have submitted a Plaintiff Profile Sheet after the Cook Defendants filed the Motion; therefore, the Cook Defendants' Motion is **DENIED AS MOOT** for these cases:

| | | |
|---|---|---|
| 1. | Rachynska, Svetlana | 1:18-cv-03644 |
| 2. | Goehring, Sherry M. and Thomas | 1:19-cv-01576 |
| 3. | Tinsley, Paul | 1:19-cv-01689 |
| 4. | DiBattista, Anthony and Silverstone, Susan | 1:19-cv-01995 |
| 5. | Julien, Anthony | 1:19-cv-02022 |
| 6. | Martin, Carl | 1:19-cv-02027 |
| 7. | Hogan, Carlton and Lela | 1:19-cv-02029 |
| 8. | Hanners, Cynthia and Dustin | 1:19-cv-02031 |
| 9. | Rushton, Darlene | 1:19-cv-02033 |
| 10. | Holst, Sara | 1:19-cv-02077 |
| 11. | Bender, Andrew | 1:19-cv-02099 |
| 12. | Webb, Joyce | 1:19-cv-02143 |
| 13. | Swope, Kathryn and John | 1:19-cv-02145 |
| 14. | Aragon, Lilian | 1:19-cv-02151 |
| 15. | Schonbeck, Monika | 1:19-cv-02186 |
| 16. | Howell, Paul Richard | 1:19-cv-02193 |
| 17. | Maisonet, Petra [ESTATE OF] | 1:19-cv-02194 |
| 18. | Williams, Ricky and Helen | 1:19-cv-02197 |

3

| | | |
|---|---|---|
| 19. | Robinson, Kimberly | 1:19-cv-02215 |
| 20. | Carlgren, Ronald and Tammy | 1:19-cv-02297 |
| 21. | Dube, Nancy | 1:19-cv-02298 |
| 22. | Hicks, Linda F. and Charles | 1:19-cv-02356 |
| 23. | Cox, Timothy | 1:19-cv-02380 |
| 24. | Corsino, Juan | 1:19-cv-02425 |
| 25. | Perez, Jesusa Gonzalez | 1:19-v-02136 |
| 26. | Carson, William | 1:19-v-02238 |

All parties shall bear their own fees and costs.

**SO ORDERED** this 4th day of September, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.